UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-81361 Middlebrooks/Brannon

DAVID DEUTSCH,

    Plaintiff,

vs.

COLLECTION INFORMATION BUREAU, INC.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), DAVID DEUTSCH, Plaintiff herein, voluntary dismisses this action with prejudice as COLLECTION INFORMATION BUREAU, INC., Defendant herein, with each party to bear its own attorneys' fees and costs.

Dated: January 14, 2013                  Respectfully submitted,

                                                /s/ J. Dennis Card, Jr.
                                                J. Dennis Card, Jr., Esq.
                                                E-mail: DCard@consumerlaworg.com
                                                Florida Bar No.  0487473
                                                Consumer Law Organization, P.A.
                                                2501 Hollywood Boulevard, Suite 100
                                                Hollywood, Florida 33020
                                                Telephone: (954) 921-9994
                                                Facsimile: (954) 921-9553
                                                Attorney for Plaintiff